# Court of Appeals
# of the State of Georgia

ATLANTA,　July 31, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0558. DEADRAL CATERRO v. THE STATE.**

Deadral Caterro was convicted of theft by taking, and the trial court sentenced him to twelve months' probation, to serve ten days. Proceeding pro se, Caterro has filed a timely application for discretionary appeal, challenging his conviction. However, a criminal conviction is directly appealable and requires no application. See OCGA §§ 5-6-34 (a) (1) and 5-6-35 (a).

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Caterro shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
　*Clerk's Office, Atlanta,　07/31/2019*
　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*